UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF HOPE, | Case No.  5:25-cv-10108-EKL |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE REGARDING FAILURE TO SERVE** |
| SUNNYVALE CAR SPA, INC., et al., | |
| Defendants. | |

On November 21, 2025, Plaintiff filed the complaint in this action.  *See* ECF No. 1.  Under Federal Rule of Civil Procedure 4(m), Plaintiff had 90 days from the date the complaint was filed to serve the Defendant.  That period expired on February 19, 2026.  As of the date of this Order, Plaintiff has failed to file proof of service.  Plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than March 30, 2026, why its claims should not be dismissed without prejudice for lack of timely service.

**IT IS SO ORDERED.**

Dated: March 23, 2026

Eumi K. Lee
United States District Judge

United States District Court
Northern District of California