United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BANK OF HOPE,
Plaintiff,
v.
SUNNYVALE CAR SPA, INC., et al.,
Defendants.

Case No. 5:25-cv-10108-EKL

**ORDER TO SHOW CAUSE**

The initial case management conference for this action was first scheduled to take place on June 3, 2026. On May 27, 2026, the Court vacated the initial case management conference scheduled for June 3, 2026, because Plaintiff and Defendants Sunnyvale Car Spa, Inc., Ray and Mahin Salmasi, and the Salmasi Family Trust Dated August 30, 2013 ("Appearing Defendants") failed to timely file a joint case management statement. ECF No. 27; Standing Order for Civil Cases § VI (requiring joint case management statement fourteen days prior to conference). The parties were ordered to file a joint case management statement by July 1, 2026. *Id.* The Court indicated that further failure to abide by the Court's deadlines would result in the issuance of an order to show cause why monetary sanctions should not issue for failure to follow court orders. *Id.*

On June 30, 2026, counsel for Appearing Defendants, Sally Ann Williams, filed a statement. ECF No. 30. In her statement, Williams represented that on June 22, 2026, she contacted counsel for Plaintiff, J. Alexandra Rhim, to discuss filing a joint case management statement. *Id.* Williams stated that she did not receive a response to her email. *Id.*

On July 1, 2026, Rhim filed a statement stating that she had inadvertently lost track of the July 1, 2026 deadline. ECF No. 31. Rhim also stated that in early June 2026, she had been

contacted by counsel for Defendants Flyers Energy LLC ("Flyers Energy") and World Fuel Services, Inc. ("World Fuel"), who had not yet filed a response and had "requested additional time to file a responsive pleading." *Id.* Flyers Energy and World Fuel's responses to the complaint were both due on May 12, 2026.

On July 2, 2026, Rhim filed a case management statement solely on behalf of Plaintiff. ECF No. 33. In the case management statement, Plaintiff stated that "[u]pon receipt of Defendant's [sic] comments, a Joint Statement will be filed." *Id.* To date, no joint case management statement has been filed.

Accordingly, Plaintiff's counsel of record, J. Alexandra Rhim, is ORDERED TO SHOW CAUSE, if any, in writing, why monetary sanctions in the amount of $1,500 should not be imposed for repeated failure to abide by the Court's deadlines. Rhim is ordered to file a written response by **August 12, 2026**.

The Court FURTHER ORDERS Defendants Flyers Energy and World Fuel to file an answer, responsive pleading, or motion by **August 5, 2026**.

The July 29, 2026 deadline for Plaintiff and the U.S. Small Business Administration ("SBA") to file a joint case management statement is VACATED.

All parties, including the SBA, Flyers Energy, and World Fuel, are ORDERED to meet and confer and file a joint case management statement by **August 12, 2026**. An in-person hearing on the order to show cause and initial case management conference is set for **August 26, 2026,** at 10:00 a.m.

Plaintiff is ORDERED to serve this order on Defendants Flyers Energy and World Fuel.

**IT IS SO ORDERED.**

Dated: July 16, 2026

Eumi K. Lee
United States District Judge